145 So. 913

### Jesse MITCHELL v. STATE.
### 6 Div. 129.

Supreme Court of Alabama.
Jan. 12, 1933.

BROWN, J.

The appeal in this case is on the record without a bill of exceptions. The record has been examined for errors, and, no error appearing therein, the judgment must be affirmed. It is so ordered.

Affirmed.

ANDERSON, C. J., and THOMAS and KNIGHT, JJ., concur.

147 So. 921

### MOBILE REGISTER AND NEWS ITEM CO. v. LORD'S TIRE SERVICE CO.
### 1 Div. 749.

Supreme Court of Alabama.
April 10, 1933.

Jas. H. Webb and Harry T. Smith & Caffey, all of Mobile, for appellant.

Mahorner & Mahorner, of Mobile, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

146 So. 915

### H. H. MONTGOMERY, Supt. Banks, v. T. C. ACREE, Guardian.
### 5 Div. 135.

Supreme Court of Alabama.
Feb. 23, 1933.

PER CURIAM.

Appeal dismissed by appellant.

145 So. 913

### NATIONAL BREAD CO. v. Lois GREEN.
### 6 Div. 226.

Supreme Court of Alabama.
Jan. 19, 1933.

Coleman, Spain, Stewart & Davies, of Birmingham, for appellant.

Drennen, Davis & Perrine, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by appellant.

145 So. 913

### Ex parte Lucile OPPENHEIM.
### 8 Div. 475.

Supreme Court of Alabama.
Jan. 19, 1933.

Fred S. Parnell, of Florence, for petitioner.

PER CURIAM.

Petition dismissed by petitioner.